UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 4:06CR585 HEA |
| ALPHONSO HEMMEAIN, | ) | |
| Defendant. | ) | |

**ORDER ON PRO SE MOTION FOR RELIEF**

This matter is before the Court on Defendant's motion for early termination of his supervised release or for a hearing related to alleged problems with his "new supervised release officer." The record indicates that Defendant's term of supervised release ended February 20, 2025.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Early Termination of Supervised Release or Hearing, [Doc. No. 94], is denied as moot.

Dated this 14th day of May, 2026.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE